**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

May 14, 2025

Valeriya Bitunova
12438 2ND PL SW
SEATTLE, WA 98146

Your civil action *Bitunova v. Delta Air Lines* was filed in the U.S. District Clerk's office at Seattle on May 13, 2025.

Your case has been assigned Case Number **2:25–cv–00893–RSL,** and has been assigned to Judge Robert S. Lasnik, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file