UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALERIYA BITUNOVA,

            Plaintiff,

   v.

DELTA AIRLINES,

            Defendant.

Case No. C25-0893-RSL

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 16th day of May, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1